UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **EDWARD MICHAEL NEVINS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. |
| **EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC AND SPECIALIZED LOAN SERVICING, LLC,** | ) **1:24-cv-00089-AJT-WEF** |
| | ) |
| **Defendants.** | ) |

## JOINT NOTICE OF SETTLEMENT

Plaintiff EDWARD MICHAEL NEVINS ("Mr. Nevins") and Defendant EQUIFAX INFORMATION SERVICES, LLC ("EQUIFAX") and TRANS UNION, LLC ("TRANS UNION), by and through their respective counsel, jointly notify the Court that a settlement has been reached regarding all claims between Mr. Nevins, EQUIFAX and TRANS UNION *ONLY* in this matter. Mr. Nevins, EQUIFAX and TRANS UNION are in the process of completing the final settlement documents. Pending execution of these settlement documents, Mr. Nevins, EQUIFAX and TRANS UNION shall timely file the proper form of dismissal with the Court.

Dated: March 25, 2024

                                              Respectfully submitted,

                                              By     /s/ Craig. C. Marchiando
                                              Craig C. Marchiando (VSB No. 89736)
                                              Leonard A. Bennett (VSB No. 37523)
                                              Consumer Litigation Associates, P.C.
                                              763 J. Clyde Morris Blvd., Suite 1A
                                              Newport News, VA 23601

Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: craig@clalegal.com

Thomas Ray Breeden
Thomas R. Breeden, PC
10326 Lomond Drive
Manassas, VA 20109
703-361-9277 – Telephone
703-257-2259 - Fax
Email: trb@breedenlaw.com

*Counsel for Plaintiff*

By  *John W. Montgomery*
John W. Montgomery
Traylor Montgomery & Elliott, PC
130 E Wythe Street
Petersburg, VA 23803
804-861-1122 - Telephone
804-733-6022 - Fax
Email: jmontgomery@tmande.com
*Counsel for Equifax Information Services, LLC*

By:  *Marc Kirkland*
Marc Kirkland
Quilling Selander Lownds Winslett Moser
6900 N. Dallas Pkwy
Suite 800
Plano, TX 75024
214-560-5464 – Telephone
214-871-2111 - Fax
Email: mkirkland@qwlwm.com
*Counsel for Trans Union, LLC*