**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **EDWARD MICHAEL NEVINS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No.** |
| ) | **1:24-cv-00089-AJT-WEF** |
| **EXPERIAN INFORMATION SOLUTIONS, INC.,** ) | |
| **EQUIFAX INFORMATION SERVICES, LLC,** ) | |
| **TRANS UNION, LLC AND SPECIALIZED LOAN** ) | |
| **SERVICING, LLC,** ) | |
| ) | |
| **Defendants.** ) | |

## STIPULATION OF DISMISSAL

Plaintiff EDWARD MICHAEL NEVINS, by counsel, hereby dismisses this action without prejudice as to Defendant SPECIALIZED LOAN SERVICING, LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).  Defendant SLS has not filed an Answer or motion for summary judgment.

Dated: March 27, 2024

Respectfully submitted,

By_____/s/ Craig. C. Marchiando_____
Craig C. Marchiando (VSB No. 89736)
Leonard A. Bennett (VSB No. 37523)
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Blvd., Suite 1A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: craig@clalegal.com

Thomas Ray Breeden
Thomas R. Breeden, PC
10326 Lomond Drive
Manassas, VA  20109

703-361-9277 – Telephone
703-257-2259 - Fax
Email:  trb@breedenlaw.com

*Counsel for Plaintiff*