# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| **EDWARD MICHAEL NEVINS,**<br><br>**Plaintiff,**<br><br>v.<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC AND SPECIALIZED LOAN SERVICING, LLC,**<br><br>**Defendants.** | Case Number: 1:24-CV-00089 |

## JOINT STIPULATION OF DISMISSAL

COMES NOW Plaintiff, EDWARD MICHAEL NEVINS ("Plaintiff") and Defendants, EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian"), EQUIFAX INFORMATION SERVICES, LLC ("Equifax") and TRANS UNION, LLC ("Trans Union"), and pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against Experian, Equifax and Trans Union, in the above styled action, with Plaintiff, Experian, Equifax and Trans Union to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 30th day of May, 2024.

By: */s/ Craig C. Marchiando*
Craig C. Marchiando, VSB No. 89736
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: craig@clalegal.com
Counsel for Plaintiff

By:*/s/David N. Anthony*
David Neal Anthony
Troutman Pepper Hamilton Sanders LLP (Richmond)
Troutman Sanders Bldg.
1001 Haxall Point
PO Box 1122
Richmond, VA 23219
804-697-5410
Fax: 804-698-5118
Email: david.anthony@troutman.com
*Counsel for Experian Information Solutions, Inc.*

By*: /s/John W. Montgomery, Jr.*
John W. Montgomery, Jr.
Traylor Montgomery & Elliott, PC
130 E Wythe Street
Petersburg, VA 23803
Email: jmontgomery@tmande.com
Counsel for Defendant, Equifax Information Services, LLC


By: */s/ Marc Kirkland*
Marc Kirkland
Quilling Selander Lownds Winslett Moser
6900 N. Dallas Pkwy
Suite 800
Plano, TX 75024
214-560-5454
Fax: 214-871-2111
Email: mkirkland@qslwm.com

*Counsel for Trans Union, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2024, I presented the foregoing JOINT STIPULATION OF DISMISSAL with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Craig C. Marchiando*
Craig C. Marchiando

*Counsel for Plaintiff*
